**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TIGHT ENDS SPORTS BAR & GRILL, INC., | § | Case No. 23-42104 |
| | § | |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance on behalf of Salt & Pepper Restaurants, Inc. ("Salt & Pepper") and requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith be given to and served upon the following:

>   Micheal W. Bishop
>   **GRAY REED**
>   1601 Elm Street, Suite 4600
>   Dallas, Texas 75201
>   Telephone: (214) 954-1435
>   Facsimile: (214) 953-1332
>   Email: mbishop@grayreed.com
>
>   -and-
>
>   Preston T. Kamin
>   **GRAY REED**
>   1300 Post Oak Blvd, Suite 2000
>   Houston, Texas 77056
>   Telephone: (713) 986-7000
>   Facsimile: (713) 986-7100
>   Email: pkamin@grayreed.com

This request encompasses all notices, copies and pleadings referred to in section 1109(b) of title 11 of the United States Code, or in rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure, including without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone,

4877-7935-5278

facsimile transmission, electronically, or otherwise that affect or seek to affect the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any prior or later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by the District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, or in equity, or otherwise, including the right to seek to remand any litigation to state court, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. The filing of this notice shall also not submit Salt & Pepper to the jurisdiction of this Court.

Respectfully submitted this 7th day of November 2023.

**GRAY REED**

By: */s/ Micheal W. Bishop*
    Micheal W. Bishop
    Texas Bar No. 02354860
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:  (214) 954-4135
Facsimile:  (214) 953-1332
Email:  mbishop@grayreed.com

-and-

    Preston T. Kamin
    Texas Bar No. 24062817
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7000
Facsimile:  (713) 986-7100
Email:  pkamin@grayreed.com

*Counsel to Salt & Pepper Restaurants, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 7th day of November 2023, he caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system.

                                      */s/ Micheal W. Bishop*
                                      Micheal W. Bishop

4877-7935-5278