Form ntchrgBKv2

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Texas**

Bankruptcy Case No.: 23−42104
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

Tight Ends Sports Bar & Grill, LLC

## NOTICE OF COURT PROCEEDING

A Status status hearing pursuant to 11 U.S.C. Sec. 1188 will be held on

*Tuesday, December 12, 2023*

at

*10:00 AM*

to consider and act upon document 1 − Chapter 11 Subchapter V Voluntary Petition. Without Schedules, Statements, or Other Required Documents. Filed by Tight Ends Sports Bar & Grill, LLC, Chapter 11 Plan due by 02/1/2024.Document Due 11/13/2023.(Carruth, Jeff) filed as document number 1 .

Debtor shall file a Pre−Hearing Report pursuant to 11 U.S.C Sec. 1188(c) by Tuesday, November 28, 2023
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Monday, November 13, 2023

                                                  Jason K. McDonald
                                                  Clerk, U.S. Bankruptcy Court