Form ntchrgBKv2

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Texas

Bankruptcy Case No.: 23−42104
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

Tight Ends Sports Bar & Grill, LLC

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, February 20, 2024*

at

*09:30 AM*

to consider and act upon document 34 − Motion to Dismiss Chapter 11 Case Without Waiver of 30−Day Hearing Requirement Motion to Dismiss with Prejudice, or in the Alternative, Convert to Chapter 7, Pursuant to 11 U.S.C. § 1112(b) Filed by Salt & Pepper Restaurants, Inc. (Attachments: # 1 Exhibit A − Proposed Order) (Bishop, Micheal) filed as document number 34 .

The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Tuesday, January 30, 2024

Jason K. McDonald
Clerk, U.S. Bankruptcy Court