Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 23−42104
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

Tight Ends Sports Bar & Grill, LLC

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, February 20, 2024*

at

*09:30 AM*

to consider and act upon document 34 − Motion to Dismiss Chapter 11 Case Without Waiver of 30−Day Hearing Requirement Motion to Dismiss with Prejudice, or in the Alternative, Convert to Chapter 7, Pursuant to 11 U.S.C. § 1112(b) Filed by Salt & Pepper Restaurants, Inc. (Attachments: # 1 Exhibit A − Proposed Order) (Bishop, Micheal) filed as document number 34 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Tuesday, January 30, 2024

                                                                     Jason K. McDonald
                                                                     Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Eastern District of Texas

In re:   Case No. 23-42104-btr

Tight Ends Sports Bar & Grill, LLC   Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4   User: admin   Page 1 of 3
Date Rcvd: Jan 30, 2024   Form ID: 100v2   Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tight Ends Sports Bar & Grill, LLC, 2591 Dallas Parkway, Suite 300, Frisco, TX 75034-8563 |
| cr | + | Access Receivables c/o Windstream Holdin, 11350 McCormick Rd, Executive Plaza, Suite 800, Hunt Valley, MD 21031-1002 |
| cr | + | Linebarger Goggan Blair & Sampson LLP, PO box 2789, Texas City, TX 77592-2789 |
| 8331876 | + | Bank South, c/o Texas SoS, 1019 Brazos Street, Austin, TX 78701-2413 |
| 8331878 | + | CT Lien Solutions, 2929 Allen Parkway, Suite 100, Houston, TX 77019-7112 |
| 8334026 | + | Frisco ISD, c/o Perdue Brandon Fielder et al, 1919 S. SHILOH ROAD, SUITE 640, LB 40, GARLAND, TX 75042-8234 |
| 8331879 | + | Gardner Haas PLLC, 2501 N. Harwood, Suite 1250, Dallas, TX 75201-1608 |
| 8345979 | | Internal Revenue Service, 1100 Commerce Street, MC5026 DAL, Dallas, TX 75242 |
| 8332204 | + | Linebarger Goggan Blair & Sampson LLP, P.O. Box 2789, Texas City TX 77592, 7 77592-2789 |
| 8331881 | + | NCR Corporation, 864 Spring St. NW, Atlanta, GA 30308-1007 |
| 8332205 | + | Perdue Brandon Fielder Collins & Mott, 1235 North Loop West, Suite 600, Houston TX 77008-1772 |
| 8331882 | + | Salt & Pepper Restaurants, Inc., c/o Gray Reed - Preston T Kamin, 1300 Post Oak Blvd, Suite 2000, Houston, TX 77056-8000 |
| 8331884 | + | Texas Comptroller, P.O. Box 149356, Austin, TX 78714-9356 |
| 8331886 | + | Timothy M Dungan, 1603 Wildfire Lane, Frisco, TX 75033-7326 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@abernathy-law.com | Jan 31 2024 00:01:00 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR, Abernathy, Roeder, Boyd & Hullett, P.C., 1700 Redbud Blvd., Suite 300, McKinney, TX 75069-3276 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jan 31 2024 00:01:00 | Galveston County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| 8332203 | | Email/Text: bankruptcy@access-receivables.com | Jan 31 2024 00:00:00 | Access Receivables, c/o Windstream Holdings, 11350 McCormick Rd, Executive Plaza Suite 800, Hunt Valley MD 21031 |
| 8334489 | + | Email/Text: bankruptcy@abernathy-law.com | Jan 31 2024 00:01:00 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR, Abernathy, Roeder, Boyd & Hullett, P.C., 1700 Redbud Blvd., Suite 300, McKinney, Texas 75069-3276 |
| 8346861 | + | Email/Text: mvaldez@pbfcm.com | Jan 31 2024 00:00:00 | Clear Creek Independent School District, 1235 North Loop West Suite 600, Houston, TX 77008-1772 |
| 8331877 | + | Email/Text: CSCBNC@cscglobal.com | Jan 31 2024 00:01:00 | Corporation Service Co., 251 Little Falls Drive, Willmington, DE 19808-1674 |
| 8334026 | + | Email/Text: lreece@pbfcm.com | Jan 31 2024 00:01:00 | Frisco ISD, c/o Perdue Brandon Fielder et al, 1919 S. SHILOH ROAD, SUITE 640, LB 40, GARLAND, TX 75042-8234 |
| 8337183 | | Email/Text: houston_bankruptcy@LGBS.com | | |

| Recip ID | Bypass Reason | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 31 2024 00:01:00 | Galveston County, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, TX 77253-3064 |
| 8331880 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 31 2024 00:01:00 | Internal Revenue Service, Special Procedures Staff - Insolvency, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 8365787 | | Email/Text: bcd@oag.texas.gov | Jan 31 2024 00:00:00 | TEXAS WORKFORCE COMMISSION, OFFICE OF ATTORNEY GENERAL, BK/COLLECTIONS, P.O. BOX 12548, MC008, AUSTIN, TX 787112548 |
| 8359319 | + | Email/Text: txulec09@vistraenergy.com | Jan 31 2024 00:01:00 | TXU ENERGY RETAIL COMPANY LLC, C/O BANKRUPTCY DEPARTMENT, PO BOX 650393, DALLAS TX 75265-0393 |
| 8331887 | + | Email/Text: elpasodlsc@sba.gov | Jan 31 2024 00:01:00 | U.S. Small Business Administration, 10737 Gateway West, #300, El Paso, TX 79935-4910 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Frisco ISD, c/o Perdue Brandon Fielder et al, 1919 S. Shiloh Road, Suite 640, LB 40, Garland, TX 75042-8234 |
| cr | *+ | NCR Corporation, 864 Spring St. NW, Atlanta, GA 30308-1007 |
| cr | *+ | Perdue Brandon Fielder Collins & Mott, 1235 North Loop, West, Suite 600, Houston, TX 77008-1772 |
| cr | *+ | U.S. Small Business Administration, 10737 Gateway West #300, El Paso, TX 79935-4910 |
| 8331885 | * | Tight Ends Sports Bar & Grill, LLC, 2591 Dallas Pkwy, Suite 300, Frisco, TX 75034-8563 |
| 8331883 | ##+ | Scott Smith, 8600 Amen Corner, Flower Mound, TX 75022-6487 |

TOTAL: 0 Undeliverable, 5 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeff Carruth | on behalf of Defendant Tight Ends Sports Bar & Grill  Inc. jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com;ATTY_CARRUTH@bluestylus.com;carruthjr87698@notify.bestcase.com |
| Jeff Carruth | on behalf of Debtor Tight Ends Sports Bar & Grill  LLC jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com;ATTY_CARRUTH@bluestylus.com;carruthjr87698@notify.bestcase.com |
| John M. Vardeman | on behalf of U.S. Trustee US Trustee john.m.vardeman@usdoj.gov |
| Linda Reece | |

| District/off: 0540-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 30, 2024 | Form ID: 100v2 | Total Noticed: 25 |

| | |
|---|---|
| | on behalf of Creditor Frisco ISD lreece@pbfcm.com |
| Melissa E. Valdez | on behalf of Creditor Clear Creek Independent School District mvaldez@pbfcm.com osonik@pbfcm.com;mvaldez@ecf.courtdrive.com |
| Micheal W. Bishop | on behalf of Plaintiff Salt & Pepper Restaurants  Inc. mbishop@grayreed.com |
| Micheal W. Bishop | on behalf of Creditor Salt & Pepper Restaurants  Inc. mbishop@grayreed.com |
| Paul M Lopez | on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com |
| Preston T Kamin | on behalf of Creditor Salt & Pepper Restaurants  Inc. pkamin@grayreed.com |
| Scott SEIDEL (SBRA V) | scott@scottseidel.com  susan@scottseidel.com;csms11@trustesolutions.net |
| Scott SEIDEL (SBRA V) | on behalf of Trustee Scott SEIDEL (SBRA V) scott@scottseidel.com  susan@scottseidel.com;csms11@trustesolutions.net |
| Tara L. Grundemeier | on behalf of Creditor Galveston County houston_bankruptcy@lgbs.com |

TOTAL: 12