Form ntchrgBKv2

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Texas**

Bankruptcy Case No.: 23−42104
Chapter: 11
Judge: Brenda T. Rhoades

In Re:

Tight Ends Sports Bar & Grill, LLC

**NOTICE OF COURT PROCEEDING**

A hearing will be held on

*Tuesday, March 12, 2024*

at

*09:30 AM*

to consider and act upon document 37 − Chapter 11 Small Business SubChapter V Plan Filed by Tight Ends Sports Bar & Grill, LLC (RE: related document(s)1 Chapter 11 Subchapter V Voluntary Petition. Without Schedules, Statements, or Other Required Documents. Filed by Tight Ends Sports Bar & Grill, LLC, Chapter 11 Plan due by 02/1/2024.Document Due 11/13/2023.). (Carruth, Jeff) filed as document number 37 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Friday, February 2, 2024

                                                      Jason K. McDonald
                                                      Clerk, U.S. Bankruptcy Court