UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 23-42104-EB |
| TIGHT ENDS SPORTS BAR & GRILL, § | |
| LLC, § | |
|    Debtor. § | **EXPEDITED HEARING:** |
| § | **APRIL 23, 2024, 10:00 AM** |

# NOTICE OF HEARING

Please take notice that, in accordance with the *Order Granting Motion to Expedite Hearing* (Docket No. 53), the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, on **April 23, 2024 at 10:30 A.M.** shall conduct a hearing regarding the matters shown in the table below. The location of the hearing is 660 North Central Expressway, Suite 300B, Plano, Texas. Parties wishing to appear via video or telephone conference must make the request via email to: ECRO_PLANO@txeb.uscourts.gov at least 48 hours in advance according to the procedures located: https://www.txeb.uscourts.gov/content/judgeRhoades

| Filing Date | Docket | Description |
|---|---|---|
| 04/09/2024 | 51<br>(19 pgs; 2 docs) | Application for Approval of Compromise and Settlement Agreement *Motion of Debtor to Approve Settlement Agreement with Salt & Pepper Restaurants, Inc.* Filed by Tight Ends Sports Bar & Grill, LLC (Attachments: # 1 Proposed Order) (Carruth, Jeff) (Entered: 04/09/2024) |

Dated: April 10, 2024            Respectfully submitted:

                                      WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
                                      By:  */s/ Jeff Carruth*
                                         JEFF CARRUTH (TX SBN: 24001846)
                                         2608 Hibernia, Suite 105
                                         Dallas, TX 75204-2514
                                         Telephone: (713) 341-1158
                                         Fax: (713) 961-5341
                                         E-mail: jcarruth@wkpz.com

                                         ATTORNEYS FOR
                                         TIGHT ENDS SPORTS BAR & GRILL, LLC
                                         DEBTOR AND DEBTOR IN POSSESSION

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the foregoing was served on April 10, 2024 by electronic notice to all ECF users who have appeared in this case to date, and/or as set forth below and by regular mail to the parties appearing on the attached address list (i.e. mailing matrix).

            */s/ Jeff Carruth*
            JEFF CARRUTH

**ANY PARTY REQUESTED A FULL-SIZED COPY OF THIS PLEADING OR COPIES OF ANY EXHIBITS SHOULD CONTACT THE UNDERSIGNED.**

## ECF NOTICE LIST

**23-42104 Notice will be electronically mailed to:**

Micheal W. Bishop on behalf of Creditor Salt & Pepper Restaurants, Inc.
mbishop@grayreed.com

Micheal W. Bishop on behalf of Plaintiff Salt & Pepper Restaurants, Inc.
mbishop@grayreed.com

Jeff Carruth on behalf of Defendant Tight Ends Sports Bar & Grill, Inc.
jcarruth@wkpz.com,
jcarruth@aol.com;atty_carruth@trustesolutions.com;ATTY_CARRUTH@bluestylus.com;carruthjr87698@notify.bestcase.com

Tara L. Grundemeier on behalf of Creditor Galveston County
houston_bankruptcy@lgbs.com

Preston T Kamin on behalf of Creditor Salt & Pepper Restaurants, Inc.
pkamin@grayreed.com

Jamie Kirk on behalf of Creditor Jamie Kirk Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Paul M Lopez on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR
bankruptcy@abernathy-law.com

Brent Money on behalf of Defendant Timothy Dungan
brent@moneylaw.com

Linda Reece on behalf of Creditor Frisco ISD
lreece@pbfcm.com

Scott SEIDEL (SBRA V)
scott@scottseidel.com, susan@scottseidel.com;csms11@trustesolutions.net

Scott SEIDEL (SBRA V) on behalf of Trustee Scott SEIDEL (SBRA V)
scott@scottseidel.com, susan@scottseidel.com;csms11@trustesolutions.net

Melissa E. Valdez on behalf of Creditor Clear Creek Independent School District
mvaldez@pbfcm.com, osonik@pbfcm.com;mvaldez@ecf.courtdrive.com

John M. Vardeman on behalf of U.S. Trustee US Trustee
john.m.vardeman@usdoj.gov

## REGULAR MAIL LIST / MATRIX

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 23-42104<br>Eastern District of Texas<br>Sherman<br>Tue Apr  9 14:39:57 CDT 2024 | Access Receivables c/o Windstream Holdin<br>11350 McCormick Rd<br>Executive Plaza, Suite 800<br>Hunt Valley, MD 21031-1002 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Suite 300<br>McKinney, TX 75069-3276 |
| Frisco ISD<br>c/o Perdue Brandon Fielder et al<br>1919 S. Shiloh Road, Suite 640, LB 40<br>Garland, TX 75042-8234 | Galveston County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>PO Box 3064<br>Houston, TX 77253-3064 | Linebarger Goggan Blair & Sampson LLP<br>PO box 2789<br>Texas City, TX 77592-2789 |
| NCR Corporation<br>864 Spring St. NW<br>Atlanta, GA 30308-1007 | Perdue Brandon Fielder Collins & Mott<br>1235 North Loop<br>West, Suite 600<br>Houston, TX 77008-1772 | Tight Ends Sports Bar & Grill, LLC<br>2591 Dallas Parkway, Suite 300<br>Frisco, TX 75034-8563 |
| U.S. Small Business Administration<br>10737 Gateway West #300<br>El Paso, TX 79935-4910 | Plano - U. S. Bankruptcy Court<br>Suite 300B<br> 660 North Central Expressway<br>Plano, TX 75074-6795 | (p)ACCESS RECEIVABLES MANAGEMENT<br>PO BOX 1377<br>COCKEYSVILLE MD 21030-6377 |
| Bank South<br>c/o Texas SoS<br>1019 Brazos Street<br>Austin, TX 78701-2413 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Suite 300<br>McKinney, Texas 75069-3276 | CT Lien Solutions<br>2929 Allen Parkway<br>Suite 100<br>Houston, TX 77019-7112 |
| Clear Creek Independent School District<br>1235 North Loop West Suite 600<br>Houston, TX 77008-1772 | Corporation Service Co.<br>251 Little Falls Drive<br>Willmington, DE 19808-1674 | Galveston County<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Gardner Haas PLLC<br>2501 N. Harwood<br>Suite 1250<br>Dallas, TX 75201-1608 | Internal Revenue Service<br>1100 Commerce Street<br>MC5026 DAL<br>Dallas, TX 75242 | Internal Revenue Service<br>Special Procedures Staff - Insolvency<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 2789<br>Texas City TX 77592<br>7 77592-2789 | Salt & Pepper Restaurants, Inc.<br>c/o Gray Reed - Preston T Kamin<br>1300 Post Oak Blvd<br>Suite 2000<br>Houston, TX 77056-8000 | Scott Smith<br>8600 Amen Corner<br>Flower Mound, TX 75022-6487 |
| TEXAS WORKFORCE COMMISSION<br>OFFICE OF ATTORNEY GENERAL<br>BK/COLLECTIONS<br>P.O. BOX 12548, MC008<br>AUSTIN, TX 787112548 | TXU ENERGY RETAIL COMPANY LLC<br>C/O BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS TX 75265-0393 | Texas Comptroller<br>P.O. Box 149356<br>Austin, TX 78714-9356 |
| Timothy M Dungan<br>1603 Wildfire Lane<br>Frisco, TX 75033-7326 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | Jeff Carruth<br>Weycer Kaplan Pulaski & Zuber, P.C.<br>2608 Hibernia, Suite 105<br>Dallas, TX 75204-2514 |

```
Scott SEIDEL (SBRA V)
Sub V Chapter Trustee
6505 West Park Boulevard
Ste. 306
Plano, TX 75093-6212
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Access Receivables
c/o Windstream Holdings
11350 McCormick Rd
Executive Plaza  Suite 800
Hunt Valley MD 21031
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Clear Creek Independent School District      (u)Salt & Pepper Restaurants, Inc.       (d)Clear Creek Independent School District
                                                                                         1235 North Loop West, Ste. 600
                                                                                         Houston, TX 77008-1772


(d)Frisco ISD                                   (d)NCR Corporation                       (d)Perdue Brandon Fielder Collins & Mott
c/o Perdue Brandon Fielder et al                864 Spring St. NW                        1235 North Loop West
1919 S. SHILOH ROAD, SUITE 640, LB 40           Atlanta, GA 30308-1007                   Suite 600
GARLAND, TX 75042-8234                                                                   Houston TX 77008-1772


(d)Tight Ends Sports Bar & Grill, LLC           (d)U.S. Small Business Administration    (u)Jamie Kirk Texas Comptroller of Public Acc
2591 Dallas Pkwy                                10737 Gateway West
Suite 300                                       #300
Frisco, TX 75034-8563                           El Paso, TX 79935-4910


End of Label Matrix
Mailable recipients    30
Bypassed recipients     9
Total                  39
```